**Criminal Case Cover Sheet**    FILED: REDACTED    **U.S. District Court**

**Place of Offense:**    ☐ **Under Seal**    **Judge Assigned:** [ ]

City: Sterling    Superseding Indictment: [ ]    **Criminal No.** [ ]

County: Loudoun    Same Defendant: [ ]    New Defendant: [ ]

Magistrate Judge Case No. 1:16-mj-296    **Arraignment Date:** [ ]

Search Warrant Case No. 1:16-sw-378    R. 20/R. 40 From: [ ]

**Defendant Information:**

**Defendant Name:** Mohamed Bailor Jalloh    Alias(es): [ ]    ☐ Juvenile  FBI No. [ ]

**Address:** [ ]

Employment: [ ]

**Birth Date:** XX-XX-1989    **SSN:** XXX-XX-XXX    **Sex:** Male    Race: [ ]    Nationality: [ ]

**Place of Birth:** [ ]    Height: [ ]    Weight: [ ]    Hair: [ ]    Eyes: [ ]    Scars/Tattoos: [ ]

☐ **Interpreter**    **Language/Dialect:** [ ]    Auto Description: [ ]

**Location/Status:**

**Arrest Date:** 7/3/2016    ☒ Already in Federal Custody as of: 7/3/2016    in: Alexandria, VA

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond [ ]

**Defense Counsel Information:**

**Name:** [ ]    ☐ Court Appointed    Counsel Conflicts: [ ]

Address: [ ]    ☐ Retained    [ ]

Phone: [ ]    ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** John T. Gibbs    **Phone:** 703-299-3775    Bar No. Va. Bar. No. 40380

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI - 601 4th Street, N.W., Washington, D.C. 20535

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §2339B | Attempting to Provide Material Supp | 1 | Felony |
| Set 2: | | | | |

Date: 7/5/2016    AUSA Signature: [signature]    *may be continued on reverse*