IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Case No. 1:16-mj-296 |
| MOHAMED BAILOR JALLOH | ) |
| | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WAIVE DETENTION HEARING WITHOUT PREJUDICE AND REMOVE SCHEDULED HEARING FROM THE COURT'S DOCKET**

COMES NOW the Defendant Mohamed B. Jalloh through undersigned counsel and moves the Court to remove, without prejudice, the scheduled detention hearing from the docket. In support of said motion Defendant states the following:

1. Defendant made an initial appearance on July 5, 2016 with undersigned counsel.

2. At that hearing a detention and preliminary hearing were set for July 12, 2016 at 2:00 pm.

3. Defendant no longer wishes to pursue a bond application at this time.

WHEREFORE, the defendant requests that the detention hearing be removed from the docket without prejudice to pursue such right at a later date.

Respectfully Submitted,
_____/s/_____
Ashraf W. Nubani, Esq.
AWN POINT LAW, PLLC
2677 Prosperity Avenue
Fairfax, VA 22031
(703) 658-5151 (o)
(703) 658-9200 (f)
awn@awnpointlaw.com

*Attorney for the Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 11th day of July 2016, I filed the foregoing Defendant's Motion to Waive Detention Hearing without Prejudice and Remove the Scheduled Hearing from the Court's Docket with the Clerk of Court via the CM/ECF system, which will then send a notice electronically to the following:

John Gibbs
Special Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3980
Email: john.gibbs@usdoj.gov

BY: _____/s/_____
Ashraf W. Nubani
Attorney for Mohamed B. Jalloh
AWN Point Law, PLLC
2677 Prosperity Ave., Suite 320
Fairfax, VA 22031
Tel: (703) 658-5151
Fax: (703) 658-9200
Email: awn@awnpointlaw.com