IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| | )   Case No. 1:16-mj-296 |
| MOHAMED BAILOR JALLOH | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of Defendant Mohamed Jalloh"'s Motion to Waive Detention Hearing without Prejudice and Remove the Scheduled Hearing from the Court's Docket it is, by the United States District Court for the Eastern District of Virginia, Alexandria Division:

**ORDERED** that said motion be and is hereby GRANTED, and it is further

**ORDERED** that the scheduled Detention Hearing be removed from the Docket.

Entered this 12th day of July, 2016.

_____
J U D G E IVAN D. DAVIS