IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:16-cr-163 |
| v. ) | |
| ) | Count 1: 18 U.S.C. § 2339B |
| MOHAMED BAILOR JALLOH, ) | Attempting to Provide Material Support |
| ) | to a Foreign Terrorist Organization |
| Defendant. ) | |
| ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about June 2015, and continuing thereafter until July 3, 2016, within Loudoun County Virginia in the Eastern District of Virginia and elsewhere, including locations outside of the United States, defendant MOHAMED BAILOR JALLOH did unlawfully and knowingly attempt to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), to wit, personnel to the Islamic State of Iraq and the Levant ("ISIL"), the service of attempting to procure a weapon which he believed would be used in an ISIL directed attack on U.S. soil, and money to support ISIL, which at all relevant times was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIL was a designated foreign terrorist organization, that ISIL engages and has engaged in terrorist activity, and that ISIL engages and has engaged in terrorism.

(All in violation of Title 18, United States Code, Section 2339B(a)(1).)

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
John T. Gibbs
Assistant United States Attorney
Brandon Van Grack
Special Assistant United States Attorney