Date: 2-10-17            **SENTENCING**            Judge: O'Grady
                                                   Reporter: N. Linnell
                                                   Start: 913
                                                   End: 1023

UNITED STATES of AMERICA
        V.
Mohamed Bailor Jalloh            Case Number: 1:16cr163

Counsel/Govt: John Gibbs, Jolie    Counsel/Deft: Joseph T. Flood, Fatmatu Haja Jalloh
Court adopts PSI ( ) without exceptions ( ) with exceptions: Obj. to G/L calc. heard (that enhancement does not apply). Ruling: Enhancement was properly calc. Granted: Peff. mot. to strike portion of PSIR re. termination from a pos. of employment, due to counsel's further investigation. Argued: ∆ follower, not leader; if VI overstates, ∆'s not USSG 4A1.3 downward departure to crim. hist.

**SENTENCING GUIDELINES:**                    Court departs from Guidelines pursuant to:
Offense Level: 37
Criminal History: VI                          ___ USSG 5H1.4
Imprisonment Range: ___ to ___ months         ___ USSG 5K1.1
Supervised Release Range: ___ to ___ years    ___ USSG 5K2.12
Fine Range: $___ to $___                      ___ USSG 5C1.2
Restitution $___                              ___ Other: ___
Special Assessment $___ ( ) Satisfied ( ) Unsatisfied, due immediately

**JUDGMENT OF THE COURT:**
BOP for 132 months, w/ credit for time served since arrest
Supervised Release for 5 Years, with special conditions: ( ) Yes ( ) No
Supervised Probation for ___ Years, with special conditions: ( ) Yes ( ) No
Fine Imposed of $ X none due immediately/ monthly installments of $___ to begin w/in ___ days
Restitution of $___ due immediately/ monthly installments of $___ to begin w/in ___ days
of release from custody/imposition of sentence
( ) Fine/costs of incarceration waived
$100 SA

Court: off. level far above the 20 yr. max for the offense to which ∆ pled G. ∆ stopped because he got arrested. No downward departure (∆'s mot.), but will depart under the 3553 Nature of off. and need to deter from future crimes, background of Nat. Guard + citizen. Deter others + nature of offense itself.

**SPECIAL CONDITIONS:**
___ Dft. to remain drug free, submit to In/Out patient testing as directed.
✓ Dft. must participate in sub abuse test + treat, counseling as directed.
___ No new credit
___ Access to all financial records.
___ Dft. must notify employer
___ Dft. must pay restitution in monthly install. of $___ to begin ___ days after release from custody.
___ Drug testing waived
___ Home confinement for the first ___ months to only leave the home for employment, attend medical needs, meet with attorneys, probation officer, or to attend any religious services.
___ Dft. must fully cooperate w/INS in any deportation proceedings; may not re-enter w/o perm.
✓ barred from comm. w/ any terror org.
✓ mental health
✓ computer monitoring

**RECOMMENDATIONS to BOP:**
✓ Dft. To be designated to: facilities requested by counsel. (∆ reg. desig. to facility w/ sub. abuse trtmt.)
___ Dft. designated to facility to participate in ICC (Boot Camp) type program
✓ Dft. to participate in 500 hrs Intensive Drug Treatment Program
✓ Other: Eval for res. drug. trtmt prog AND reentry prog @ end of sentence.

Defendant: (✓) Remanded    ( ) Cont'd on Bond to Self-Surrender    ( ) Referred to USPO    ( ) Immediate Deportation